■ WILLIAM F. BOYLAND, Individually and as Assemblyman for the 55th New York State Assembly District, et al., Respondents-Appellants, v EDWARD I. KOCH, Individually and as Mayor of the City of New York, et al., Appellants-Respondents.—Order, Supreme Court, New York County (Francis Pecora, J.), entered on June 20, 1988, unanimously affirmed, for reasons stated by Francis Pecora, J., without costs and without disbursements. Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Rubin, JJ.

■ REALTY EMPORIUM, LTD., Appellant, v ARTHUR CARDARELLI et al., Respondents.—Judgment, Supreme Court, New York County (Myriam Altman, J.), entered on March 22, 1989, unanimously affirmed, for reasons stated by Myriam Altman, J. Respondents shall recover of appellant $250 costs and disbursements of this appeal. Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KARL DEAGO, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 30, 1986, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Milonas, Ellerin and Rubin, JJ.

■ In the Matter of IRVING GENN, Respondent, v FREDERICK A. O. SCHWARZ, JR., as Corporation Counsel of the City of New York, Appellant.—Order and judgment (one paper), Supreme Court, New York County (Bruce Wright, J.), entered on March 10, 1988, unanimously affirmed, for reasons stated by Bruce Wright, J., without costs and without disbursements. Concur—Kupferman, J. P., Carro, Asch, Rosenberger and Smith, JJ. [See, 138 Misc 2d 154.]